PROB 12B
(7/93)

Report Date: February 5, 2007

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Christopher Lewis      Case Number: 2:01CR00153-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 08/26/2002      Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Disribute Over 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 07/31/2006

Original Sentence: Prison - 60 Months;
TSR - 48 Months

Date Supervision Expires: 07/30/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Christopher Lewis, as a condition of supervision, shall submit to one drug test within fifteen days of release from imprisonment and at least two drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v. Stephens, the above modification of conditions is being requested with the offender's consent.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: February 5, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

February 6, 2007
Date

PROB 49
(3/89)

# United States District Court

Eastern **District** of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Christopher Lewis, as a condition of supervision, shall submit to one drug test within fifteen days of release from imprisonment and at least two drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Witness _____  Signed _____
U.S. Probation Officer                      Probationer or Supervised Releasee

1-26-07
Date